## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv1939　　　　　Assigned/Issued By: CEM

Judge Name: HART　　　　　　　Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*　☐ $350.00　☐ $39.00　☐ $5.00

　　　　　　　☐ IFP　　　☒ No Fee　☐ Other _____

　　　　　　　☐ $455.00

Number of Service Copies _____　　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

### ISSUANCES

☒ Summons　　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　_____
☐ Citation to Discover Assets　　　　_____
　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*
☐ Writ _____　　　☐ Other
　　*(Type of Writ)*　　　　　　　　_____
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　*(Type of issuance)*

__14__ Original and __14__ copies on __5/13/08__ as to Ibrahim Hueiji; The Syrian Arab
　　　　　　　　　　　　　　　　*(Date)*
Republic; The Syrian Ministry of Defense; Mustafa Tlass; Syrian Military Intelligence; Hassan Khalil;

Assef Shawkat; Ali Douba; Syrian Air Force Intellegence Directorate; The Islamic Republic of Iran; The
The Iranian Ministry of Information and Security; Ayatollah Ali Hoseini Khamenei; Ali Yunesi; and
Palestine Islamic Jihad.