# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Shlomo Leibovitich, et al.
                    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08–cv–01939
　　　　　　　　　　　　　　　　　　　　　　Honorable William T. Hart

Syrian Arab Republic, The, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable William T. Hart:Status hearing held on 7/16/2008. Plaintiff is given an extension of time to 10/15/2008 to serve defendants. Status hearing set for 10/15/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.