```
LOOP STATION PO
CHICAGO, Illinois
    60604999B
  1615420041-0082
07/18/2008 (312)385-3530 10:03:26 AM
==========================================
         ━━ Sales Receipt ━━
Product           Sale Unit      Final
Description       Qty  Price     Price
──────────────────────────────────────────
Iran - First-Class               $11.45
Mail Int'l  Parcel
1 lb.  0.20 oz.
  Return Receipt                  $2.20
  Registered                     $10.80
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:      RB026478994US
  Customs Form #: LC765209905US
  Customer Postage               -$24.45
  Subtotal:                        $0.00
                                ========
  Issue PVI:                       $0.00

Iran - First-Class               $11.25
Mail Int'l  Large
Env
1 lb.  0.20 oz.
  Return Receipt                  $2.20
  Registered                     $10.80
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:      RB026478985US
  Customs Form #: LC765209914US
  Customer Postage               -$24.25
  Subtotal:                        $0.00
                                ========
  Issue PVI:                       $0.00

Iran - First-Class               $11.25
Mail Int'l  Large
Env
1 lb.  0.30 oz.
  Return Receipt                  $2.20
  Registered                     $10.80
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:      RB026479014US
  Customs Form #: LC765209888US
  Customer Postage               -$24.25
  Subtotal:                        $0.00
                                ========
  Issue PVI:                       $0.00

Iran - First-Class               $11.25
Mail Int'l  Large
Env
1 lb.  0.30 oz.
  Return Receipt                  $2.20
  Registered                     $10.80
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:      RB026479005US
  Customs Form #: LC765209891US
  Customer Postage               -$24.25
  Subtotal:                        $0.00
```



PS Form 3806, Receipt for Registered Mail  Copy 1 - Customer
May 2007 (7530-02-000-9051)  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

Registered No. RB026478994
Date Stamp: 08C1939

OFFICIAL USE

FROM: Clerks Office U.S. District Ct
N. Illinois District Ct
219 South Dearborn St
Chicago Illinois 60604

TO: Ayatollah Ali Hoseini Khamenei
Office of Supreme Leader
Palestine St.
Tehran Iran

**FILED**

JUL 18 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Leibovitch, et al., vs. The Syrian Arab Republic, et al.,
Judge: Hart
Case No.: 08cv1939