| Registered No. [illegible] 915 | Date Stamp |
|---|---|
| Reg. Fee $10.80 | 0041 |
| Handling Charge | Return Receipt $0.00   07/18/08 |
| Postage | Delivery |
| Received by V. M. | |
| Customer Must Declare Full Value $ —0— | Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse). |

**OFFICIAL USE**

FROM: US District Ct - N. Illinois
U.S. Courthouse  08C1939
219 South Dearborn St
Chicago, Illinois  60604

TO: Ali Yunesi
c/o Iranian Ministry of Inform & Security
Pasdaran Ave, Golestan Yekom
Teheran, Iran

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery Information, visit our website at www.usps.com ®

Leibovitch, et al., vs. The Syrian Arab Republic, et al.,
Judge: Hart
Case No.: 08cv1939

**FILED**

JUL 18 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT