| Registered No. RA 02 [illegible] 05 US | Date Stamp 08C1939 |
|---|---|
| Reg. Fee $10.80 | |
| Handling Charge $0.00 | Return Receipt $2.20 | 23 |
| Postage $11.25 | Restricted Delivery $0.00 | 07/18/08 |
| Received by V-M | |

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Clerk – North. Dist. Illinois
U.S. Courthouse
219 South Dearborn St
Chicago Illinois 60604

TO: IR Iran Ministry of Information Security
Passderan Ave Gulestan Yekom
Teheran Iran

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Leibovitch, et al., vs. The Syrian Arab Republic, et al.,
Judge: Hart
Case No.: 08cv1939

**FILED**

JUL 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT