| Registered No. RB 02(illegible)14 US | | | Date Stamp 08C1939 |
|---|---|---|---|
| Reg. Fee | $10.80 | | |
| Handling Charge | $0.00 | Return Receipt $2.20 | 23 |
| Postage | $11.25 | Restricted Delivery $0.00 | 07/18/08 |
| Received by | V-M | | |
| Customer Must Declare Full Value $0.00 | | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

**OFFICIAL USE**

60606

FROM: Clerk
US District Ct - North. Illinois
219 South Dearborn St
Chicago Illinois 60604

TO: Islamic Republic of Iran
Ministry of Foreign Affairs
Khomeini Ave / United Nations St.
Teheran, Iran

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

Leibovitch, et al., vs. The Syrian Arab Republic, et al.,
Judge: Hart
Case No.: 08cv1939

**FILED**

JUL 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT