UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHLOMO LEIBOVITCH, et al.,

        Plaintiffs,

v.                                          No. 08-cv-01939

THE SYRIAN ARAB REPUBLIC, et al.,

        Defendants.

**PLAINTIFFS' NOTICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)
OF VOLUNTARY DISMISSAL OF THIS ACTION WITHOUT PREJUDICE
IN RESPECT TO THE SYRIAN DEFENDANTS ONLY**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the plaintiffs are entitled to voluntarily dismiss this action against any defendant by notice, without prejudice, since no answer or motion for summary judgment has been served by any defendant.

By this notice, all the plaintiffs hereby voluntarily dismiss this action in its entirety against defendants The Syrian Arab Republic, The Syrian Ministry of Defense, Mustafa Tlass, Syrian Military Intelligence, Hassan Khalil, Assef Shawkat, Ali Douba, The Syrian Air Force Intelligence Directorate, Ibrahim Hueiji and Syrian Does 1-10, **without prejudice**, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Dated: March 16, 2009

                                             Shlomo Leibovitch, Galit Leibovitch,
                                             Shira Leibovitch, Moshe Leibovitch,
                                             Nerya Leibovitch, Hila Leibovitch
                                             Shmuel Eliad and Miriam Eliad

                                             By: s/ David J. Strachman

One of plaintiffs' attorneys

Robert D. Cheifetz
Daniel A. Shmikler
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200
(312) 641-6492 (fax)

David J. Strachman
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com