# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SHLOMO LEIBOVITCH, et al.,

      Plaintiffs,

v.           No. 08-cv-01939

THE SYRIAN ARAB REPUBLIC, et al.,

      Defendants.

### DECLARATION OF BRIGADIER GENERAL (RES.) YOSEF KUPERWASSER

I, Yosef Kuperwasser, of Rosh Ha'Ayin, Israel, declare pursuant to 28 U.S.C. § 1746, as follows:

### Professional Background and Basis for This Declaration

1. I served for over three decades as an officer in the Israel Defense Forces ("IDF"), primarily in the IDF Intelligence Branch.

2. Between 1992 and 1994 I served as Israel's Assistant Defense Attaché in the United States, and was based at the Israeli Embassy in Washington D.C..

3. Between 1998 and 2001 I served as the Chief Intelligence Officer of the IDF Central Command.

4. In 2001, I was appointed as the Director of the Research Division of the IDF's Intelligence Branch. I held that position until June 2006, when I retired from active duty in the IDF with the rank of Brigadier General.

5. As Director of the Research Division of the IDF's Intelligence Branch I was responsible, *inter alia*, for providing on-going intelligence reports, surveys and assessments to the IDF General Staff, to Israel's Defense Minister and Prime Minister, to the Israeli Cabinet and

to the Foreign Affairs and Defense Committee of the Knesset (Israel's parliament), and for preparing Israel's annual National Security Assessment.

6. I hold a B.A. in Arabic language and literature from Haifa University and an M.A. in Economics from Tel Aviv University.

7. My testimony herein regarding Iran's provision of financial and other support for the Palestine Islamic Jihad ("PIJ") in the years prior to June 17, 2003 is based on personal knowledge, on information in the public domain of the type regularly relied upon by experts in my profession and on information acquired by me during my professional career.

8. My testimony herein regarding the PIJ cell that carried out the terrorist shooting attack on June 17, 2003, in which Noam Leibovitch was killed and Shira Leibovitch was wounded, and regarding the shooting attack itself, is based on my examination of the documents contained in the court files from the Israeli Military Court (Samaria) in the matters of Case No. 8208/03 *Military Prosecutor v. Samach Shubaki* and Case No. 8207/03 *Military Prosecutor v. Tarek Hassain*. Samach Shubaki and Tarek Hassain confessed to and were convicted of involvement in the June 17, 2003 attack. All of the facts stated herein regarding the PIJ cell at issue (including the details of the composition, funding and operations of that cell), and regarding the shooting attack itself, are contained in the amended indictments filed against Samach Shubaki and Tarek Hassain, which I have examined, and were admitted to by them in open court, as reflected in the court transcripts, which I have examined as well.

**Iran's Financial Support for the PIJ During the Years Prior to the June 2003 Attack**

9. As noted in the thorough Expert Report of Dr. Patrick L. Clawson, dated January 4, 2010, which I found entirely accurate, Iran has long been not only a political ally and supporter of the PIJ but also the "primary benefactor and financial sponsor" of the PIJ. *Id*. at 5.

10. Iran's financial support for the PIJ increased significantly in late 2000, with the outbreak of the campaign of violence in Israel, the West Bank and the Gaza Strip commonly known as the Intifada, which lasted until approximately 2005.

11. During the Intifada, the PIJ, along with other Palestinian terror groups, carried out hundreds of bombings, shooting and other violent attacks against Israeli targets in Israel, the West Bank and the Gaza Strip.

12. The PIJ was not able to achieve this operational capability immediately upon the outbreak of the Intifada. Rather, once the Intifada began, the PIJ began to build and expand its organizational infrastructure by recruiting, indoctrinating and training new terrorist operatives, purchasing and/or manufacturing weapons and explosives, developing a network of safe-houses and storage facilities, and obtaining vehicles and communications equipment.

13. As the PIJ built this infrastructure its operational capability grew apace, and within a short time after the start of the Intifada the PIJ was regularly carrying out deadly terrorist attacks in Israel, the West Bank and the Gaza Strip.

14. The PIJ was able to bolster its infrastructure and operational abilities and to greatly expand the scope and frequency of its terrorist activities during this period (2000-2005), because Iran provided it with the funds to do so.

15. Soon after the Intifada began and throughout the subsequent years Israel received numerous and consistent reports, through the questioning of arrested PIJ operatives, and from other sources of information, that Iran was transferring funds to the PIJ's headquarters in Damascus and that from Damascus those funds were then transferred by the PIJ (with the complicity of the Syrian government and state-owned banking system) to PIJ leaders and

operatives in the West Bank and Gaza for the purpose of funding the PIJ's terrorist activities in Israel, the West Bank and Gaza.

16. Between 2000 and 2005, Israel uncovered and arrested numerous PIJ terrorist cells that were funded in this manner. One of these was the PIJ cell that carried out the attack on the Leibovitch family, as discussed below.

**The Kalkilya Cell**

17. In approximately 2000, the PIJ leader in the West Bank town of Kalkilya, 'Akaf Faiz Nazal inducted Samach Shubaki into the PIJ.

18. In approximately May 2003 Samach Shubaki instructed Tarek Hassain (whom Samach Shubaki had earlier inducted into the PIJ) to establish a PIJ terrorist cell. Hassain established the PIJ terrorist cell, which was led by him and also included: Samach Shubaki, Ibrahim Atiya, Mahmoud Abu Dura, Mahmoud Atiya and Amar Shubaki, who was in charge of handling the cell's finances (hereinafter: the "Kalkilya PIJ Cell").

19. Earlier, in April 2003, Samach Shubaki had contacted the Secretary of the PIJ's headquarters in Damascus, known to him as "Mohanad," introduced himself as one of Faiz Nazal's operatives, and requested that Mohanad provide funds for PIJ operations. A month and a half later Mohanad transferred funds dinars to the account of Amar Shubaki.

20. During this period, on about eight different occasions, Amar Shubaki transferred sums of several thousand dinars, which he received from PIJ headquarters in Damascus, to Samach Shubaki, which the latter used to pay salaries to members of the Kalkilya PIJ Cell.

21. Likewise, Amar Shubaki transferred 7,000 dinars to Hassain in order to purchase two Kalashnikov machine-guns, two pistols and loaded clips for all four weapons.

**The June 17, 2003 Attack**

22. In May 2003, soon after the Kalkilya PIJ Cell was formed, Tarek Hassain and Mahmoud Abu Dura developed a plan to carry out a shooting attack on an Israeli vehicle traveling on the Trans-Israel Highway, a major north-south artery that in places runs just along the Israeli (i.e. west) side of the border between Israel and the West Bank.

23. Hassain and Abu Dura then reconnoitered the border wall that divides the Trans-Israel Highway from the West Bank in the area of Kalkilya, and located a drainage channel passing through the wall that was sealed with a metal grating. Hassain and Abu Dura concluded that the grating could be cut, thereby creating a passage onto the Highway.

24. Hassain then summoned the other members of the Kalkilya PIJ Cell to a meeting at a café in Kalkilya, informed them of the shooting plan and assigned each cell member a role in the attack. At that meeting, Hassain assigned Samach Shubaki and Amar Shubaki to cut the metal grating, and designated Amar Shubaki as the driver for the attack. Hassain appointed himself, Abu Dura and Mahmoud Atiya as the shooters, and Ibrahim Atiya as the look-out.

25. Pursuant to the plan, on the evening of June 17, 2003, Samach Shubaki and Amar Shubaki cut through the iron grating in the drainage channel in the wall bordering the Trans-Israel Highway. Later that evening, the members of the Kalkilya PIJ Cell (except for Samach Shubaki) returned to the border wall by car with the Kalashnikov machine guns, pistols and ammunition purchased by Hassain earlier (referred to in ¶ 21 above).

26. Upon arriving at the drainage channel in the border wall, at about 11 PM, Hassain, carrying a Kalashnikov, and Mahmoud Atiya and Abu Dura, each carrying a pistol, passed through the channel and approached the Trans-Israel Highway. The three lay prone on the sand, about four meters from the edge of the Highway, and waited for an Israeli vehicle to pass.

5

27. After a wait of about ten minutes the Leibovitch's vehicle, a Mazda MPV, license no. 9369509, driven by Shlomo Leibovitch, approached on the Trans-Israel Highway.

28. Hassain opened fire with his Kalashnikov on full automatic, emptying an entire clip toward the Leibovitchs' vehicle. At the same time Mahmoud Atiya and Abu Dura opened fire with the pistols on the Mazda.

29. Noam Leibovitch was killed and Shira Leibovitch was wounded in the shooting.

30. About ten days after the attack Samach Shubaki, along with another PIJ operative, distributed approximately 800 flyers in the Kalkilya open market taking responsibility for the attack on behalf of the PIJ.

31. Hassain and Samach Shubaki were later captured by Israeli law enforcement authorities and confessed to and provided details of the Kalkilya PIJ Cell and the attack.

32. On November 11, 2004, Tarek Hassain confessed in open court to charges of intentionally causing the murder of Noam Leibovitch, membership in the PIJ and related charges. The same day he was sentenced to life imprisonment. On December 20, 2004, Hassain was sentenced to life imprisonment plus twenty years.

33. On October 19, 2005, Samach Shubaki confessed in open court to charges of abetting the murder of Noam Leibovitch, membership in the PIJ and illegal weapons possession. The same day he was sentenced to life imprisonment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 5, 2010

_____
Yosef Kuperwasser