UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHLOMO LEIBOVITCH, et al.,
  Plaintiffs

v.                   No. 08-cv-01939

THE SYRIAN ARAB REPUBLIC, et al.,
  Defendants

**PLAINTIFFS' LIST OF EXHIBITS IN SUPPORT OF THEIR
AMENDED PROPOSED FINDINGS OF FACT**

 A. *Patterns of Global Terrorism: 1995* (U.S. Department of State) *

 B. *Patterns of Global Terrorism: 1996* (U.S. Department of State)*

 C. *Patterns of Global Terrorism: 1997* (U.S. Department of State)*

 D. *Patterns of Global Terrorism: 1998* (U.S. Department of State)*

 E. *Patterns of Global Terrorism: 1999* (U.S. Department of State)*

 F. *Patterns of Global Terrorism: 2000* (U.S. Department of State)*

 G. *Patterns of Global Terrorism: 2001* (U.S. Department of State)*

 H. *Patterns of Global Terrorism: 2002* (U.S. Department of State)*

 I. *Patterns of Global Terrorism: 2003* (U.S. Department of State)*

 J. *Patterns of Global Terrorism: 2004* (U.S. Department of State)*

 K. *Countering the Changing Threat of International Terrorism*, Report of the National Commission on Terrorism, June 5, 2000

 L. *U.S. Policy in the Middle East*, Statement by Robert H. Pelletreau, Assistant

|     | |
| --- | --- |
|     | Secretary of State for Near Eastern Affairs, before the Foreign Policy Association, New York, November 27, 1995 |
| M.  | <u>Iranian Support of Terrorism</u>, Special report of Institute for Counterterrorism, April 25, 1998 |
| N.  | *Foreign Terrorist Organization*, Office of the Coordinator for Counterterrorism, October 8, 1999 |
| O.  | *2001 Report on Foreign Terrorist Organizations*, Office of the Coordinator for Counterterrorism, October 5, 2001 |
| P.  | *Ban on Trade and Investment with Iran*, Statement by Robert H. Pelletreau, Assistant Secretary of State for Near Eastern Affairs, before the House International Relations Committee, Subcommittee on International Economic Policy and Trade, Washington, DC, May 2, 1995 |
| Q.  | *U.S. Policy in the Gulf: Five Years of Dual Containment,* Remarks by Bruce O. Riedel, Special Assistant to the President and Senior Director Near East and South Asian Affairs, National Security Council, at the Washington Institute for Near East Policy, Washington, DC, May 6, 1998 |
| R.  | <u>Iran</u>, Testimony by Martin S. Indyk, Assistant Secretary of State, before the Senate Subcommittee on Near East and South Asia, Washington, DC, May 14, 1998 |
| S.  | "Terrorism Inc. Islamic Jihad founder admits funding by Iran," <u>Newsday</u> April 11, 1993 |
| T.  | "The U.S. Indictment of Palestinian Islamic Jihad Militants: The Iranian Connection," Dr. Ely Karmon, Institute for Counter-Terrorism |
| U.  | "The Palestine Islamic Jihad: Background Information," Meir Litvak |
| V.  | Briefing by Ambassador Philip Wilcox on Release of Report, *Patterns of Global Terrorism 1996*, Washington, DC, April 30, 1997 |
| W.  | Designation of Foreign Terrorist Organizations, Office of the Coordinator for Counterterrorism, October 8, 1997 |

*Since these documents are public, voluminous, and available at www.state.gov, only excerpts of relevant citations are provided.

By: /s/ David J. Strachman
Attorney for the Plaintiffs

David J. Strachman
McIntyre, Tate and Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com

Robert D. Cheifetz
Daniel A. Schmikler
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200
(312) 641-6492 (fax)