AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

## Northern District of Illinois

| | | |
|---|---|---|
| Shlomo Leibovitch, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    08 C 1939 |
| The Syrian Arab Republic, et al. | ) | |
| *Defendant* | ) | |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the

defendant *(name)* _____ the amount of

_____ dollars ($ _____ ), which includes prejudgment

interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____

☒ oother:

Dismissing all named defendants other than the Islamic Republic of Iran and the Iranian Ministry of Information

without prejudice.  Dismissing without prejudice the individual claims of all plaintiffs except Shira Leibovitch by

her guardians Shlomo and Galit Leibovitch for want of jurisdiction.  Judgment is entered in the amount of

$52,500,000, which include $17,500,000 compensatory damages and $35,000,000 punitive damages, in favor of

plaintiffs Shlomo Leibovitch and Galit Leibovitch, not individually but as guardians of Shira Leibovitch, a minor,

jointly and severally against the Islamic Republic of Iran and the Iranian Ministry of Information and Security.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge    William T. Hart _____ on hearing

:    Date:    Feb. 1, 2011

Michael W. Dobbins, Clerk of Court

/S / Carol Wing, Deputy Clerk