# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Shlomo Leibovitch, *et al.*, | ) | |
|     Plaintiffs | ) | Case No: 08 C 1939 |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| The Syrian Arab Republic, *et al.*, | ) | |
|     Defendants | ) | |
| | ) | |

## ORDER

Enter Order. Judgment is awarded in favor of the Plaintiffs on Counts IV and VII and against the defendants, the Islamic Republic of Iran and its Ministry of Information and Security in the amount of $14.5 million for solatium.


Date:  March 28, 2014                  /s/ Chief Judge Ruben Castillo