# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Shlomo Leibovitch, et al.<br>Plaintiff(s)<br><br>v.<br><br>The Syrian Arab Republic, et al.<br>Defendant(s) | Case No.    08 C 1939 |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒    in favor of plaintiff(s) Shlomo Leibovitch, Galit Leibovitch, Moshe Leibovitch, Hila Leibovitch, Shmuel Eliad, and Miriam Eliad
    and against defendant(s) Islamic Republic of Iran and its Ministry of Information and Security
    in the amount of $14.5 million ,

        which    ☐ includes        pre–judgment interest.

            ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
    and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☐    other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.

☐ tried by Judge    without a jury and the above decision was reached.

☒ decided by Judge    on a motion for judgment

Date:   3/28/2014                    Thomas G. Bruton, Clerk of Court

                        Ruth O'Shea, Deputy Clerk