# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Shlomo Leibovitch, et al.           )
Plaintiff(s)                        )  Case No. 08 C 1939
    v.                              )
The Syrian Arab Republic, et al.    )
Defendant(s)                        )

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Shlomo Leibovitch, Galit Leibovitch, Moshe Leibovitch, Hila Leibovitch, Shmuel Eliad, and Miriam Eliad.
and against defendant(s) Islamic Republic of Iran and its Ministry of Information and Security in the amount of $14.5 million ,

which ☐ includes pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge             presiding, and the jury has rendered a verdict.

☐ tried by Judge             without a jury and the above decision was reached.

☒ decided by Judge    on a motion for judgment.

Date:  3/31/2014                                  Thomas G. Bruton, Clerk of Court

                                                  /s/ Ruth O'Shea, Deputy Clerk