# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Shlomo Leibovitich, et al.

           Plaintiff,

v.                 Case No.: 1:08−cv−01939
                 Honorable Ruben Castillo

Islamic Republic of Iran, The, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2015:

  MINUTE entry before the Honorable Ruben Castillo:Citation hearing held on 9/9/2015 and continued to 12/9/2015 at 9:45 a.m. The citations to discover assets issued as to BNP Paribas and the Bank of Tokyo are continued generally.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.