# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| SHLOMO LEIBOVITCH, *et al.*, | |
| *Plaintiffs*, | Civil Case No. 08 C 1939 |
| v. | Hon. Ruben Castillo |
| ISLAMIC REPUBLIC OF IRAN, THE, *et al.*, | |
| *Defendants*. | |

## NON-PARTY THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.'S MOTION FOR LIMITED INTERVENTION AND TO QUASH THE CITATION AND SUBPOENA

Pursuant to Federal Rules of Civil Procedure 24, 45 and 69 and Local Rule 5.6, non-party The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BTMU") hereby moves for an Order quashing the citation to discover assets and subpoena under Rule 45 served on the Chicago branch of BTMU on August 24, 2015 insofar as they purport to apply to assets, documents and information held by BTMU outside Illinois, and for such other and further relief as the Court deems just and proper, and further moves to intervene in the above-captioned action for the limited purpose thereof, to the extent such intervention is deemed necessary by the Court.

In support of this Motion, BTMU submits its accompanying Memorandum of Law and the Declarations of Miles Cunningham, Hirotada Inoshita and Christopher M. Viapiano.

Dated: October 22, 2015

Respectfully submitted,

NON-PARTY THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.

By: */s/ Christopher M. Viapiano*

Bruce E. Clark
Bradley P. Smith
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
clarkb@sullcrom.com
smithbr@sullcrom.com

*Of Counsel*

Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Tel.: (202) 956-7500
Fax: (202) 956-7056
viapianoc@sullcrom.com

Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
bmiller@mayerbrown.com

*Attorneys for non-party The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

## CERTIFICATE OF SERVICE

I, Christopher M. Viapiano, an attorney, hereby certify that on October 22, 2015, I caused a true and correct copy of the foregoing **NON-PARTY THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.'S MOTION FOR LIMITED INTERVENTION AND TO QUASH THE CITATION AND SUBPOENA**, along with the supporting Declarations of Miles Cunningham, Hirotada Inoshita and Christopher M. Viapiano, and all Exhibits thereto, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Christopher M. Viapiano
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Tel.: (202) 956-7500
Fax: (202) 956-7056
viapianoc@sullcrom.com