**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHLOMO LEIBOVITCH, *et al.*, <br><br>      *Plaintiffs*, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, THE, *et al.*, <br><br>      *Defendants*. | Civil Case No. 08 C 1939 <br><br> Hon. Ruben Castillo |

## NOTICE OF MOTION

   To:   Counsel of Record

     **PLEASE TAKE NOTICE** that on **November 3, 2015,** at **9:45 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Ruben Castillo, or any judge sitting in his stead, in Room 2541 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present **NON-PARTY THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.'S MOTION FOR LIMITED INTERVENTION AND TO QUASH THE CITATION AND SUBPOENA**, a copy of which is hereby served upon you.

Dated: October 22, 2015

Respectfully submitted,

NON-PARTY THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.

By:     */s/ Christopher M. Viapiano*

Bruce E. Clark
Bradley P. Smith
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
clarkb@sullcrom.com
smithbr@sullcrom.com

*Of Counsel*

Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Tel.: (202) 956-7500
Fax: (202) 956-7056
viapianoc@sullcrom.com

Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606

Tel:  (312) 782-0600
Fax:  (312) 701-7711
bmiller@mayerbrown.com

*Attorneys for non-party The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher M. Viapiano, an attorney, hereby certify that on October 22, 2015, I caused a true and correct copy of the foregoing **NOTICE OF MOTION**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Christopher M. Viapiano
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Tel.: (202) 956-7500
Fax: (202) 956-7056
viapianoc@sullcrom.com