# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Shlomo Leibovitch, et al. ) | |
| ) | Case No: 08 C 1939 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| The Syrian Arab Republic, et al., ) | |

## ORDER

Enter Memorandum Opinion and Order. Plaintiffs' motion to compel third-party respondent The Boeing Company's compliance with subpoenas and citations to discover assets [232] is granted in part and denied in part. Non-Party The Boeing Company's cross- motion to quash the subpoenas and to dismiss the citation to discover assets [245] is denied. Boeing shall disclose all responsive documents on or before April 2, 2018, and shall submit to a Rule 30(b)(6) deposition on or before May 2, 2018. The citation to discover assets shall remain in effect until further order of the Court. The Court will hold a status hearing in open court on May 10, 2018 at 9:45 a.m.

Dated: February 27, 2018                                     /s/ Chief Judge Ruben Castillo